**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 30, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00526-CV

---

## HARBOR AMERICA CENTRAL, INC., Appellant

### V.

## WILLIAM  REEVES, Appellee

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-25574**

## MEMORANDUM  OPINION

This is an appeal from a judgment signed August 31, 2021. On September 22, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Spain, Hassan, and Wilson.